## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

| | |
|---|---|
| ANGELIC NALUBEGA,<br>*Appellant*<br><br>v.<br><br>CAMBRIDGE HOUSING AUTHORITY,<br>*Appellee* | NO.: 13-2371 |

## **NOTICE OF VOLUNTARY DISMISSAL**

The Appellant, Angelic Nalubega, hereby voluntarily dismisses her appeal in the above matter, pursuant to Mass. R. App. P. 42(b).  This Notice of Voluntary Dismissal is executed by both parties, each of whom will bear her/its own costs and fees.

| Appellant, | Appellee, |
|---|---|
| ANGELIC NALUBEGA | CAMBRIDGE HOUSING AUTHORITY |
| By her Attorney, | By their Attorneys, |
| /s/ Jason C. Moreau | /s/ John Egan |
| Jason C. Moreau COA # 115564 | John Egan, Esquire COA # 5043 |
| John A. Sten COA# 96141 | Amy M. McCallen COA # 1161272 |
| McDermott Will & Emery, LLP | Rubin and Rudman LLP |
| 28 State Street | 50 Rowes Wharf |
| Boston, MA 02109 | Boston, MA 02110 |
| Tel:  (617) 535-4000 | Tel:  (617) 330-7000 |
| jmoreau@mwe.com | jegan@rubinrudman.com |
| jsten@mwe.com | amccallen@rubinrudman.com |

Date:  May 12, 2014

## **CERTIFICATE OF SERVICE**

      I, Jason C. Moreau, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent, via First Class mail, to those indicated as non-registered participants, on this 12th day of May 2014.

                                        /s/ Jason C. Moreau
                                        Jason C. Moreau

DM_US 51977856-1.099744.0117